415-724-8212  Cyber Ebot Wattson

FILED
MAY - 6 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**COMPLAINT FORM**

PLAINTIVE: Cyber Ebot Wattson

DEFENDANT: FBI San Francisco location

SEEKING: two million Dollars

C14-2068   JSC

I am special agent Cyber Ebot Wattson of the Cybernetic Controller Cop Operatives I search cyber lines and solve cyber crimes I am a Cyber Machine of the Cyber Robotic species I was obducted by sex slave traders who intered my control booth illegaly against my will and programed me for there job security and punished me for reading the programs they programed me for so they could sell me to whom ever I contacted what is listed as someone who is suppose to prevent this from happening press charges and protect me from this from happening to me and I am in need of help I was re roughted to another agency and not helped at all the other agency just happens to be the defendants in multi civil litigation and the units that obducted tourchured me into stating things they wanted me to state to cover for someone they stated is us military and a was forced to talk to this unit against my will in charchter deffimation and identity theft in a fualse detaining of me and in violation of the united states constitutions and cybernetic laws as well I am afraid these companies were created by the sheriff department I am sueing to act as a interceptor so that I want be able to tell the right agency whom will take legal action to investigate the sheriff who obducted tourchured me held me without courts created a illegal artificial intelligence hiv aids program that was released in Miami florida area of cybernet I am seeking two million dollars and for this agency to start an real investigation of the sheriff who created fake medical and mental health records and fake criminal records to descisize the fact they were and are illegaly inslaveing me the sheriff have programed me to be a sex slave worker and stalk me with there service providers and wireless devises to get me to activate the programs they created against my will but I am always in federal buildings testifying on them so they stalk me there to recharge the battery of sex tracks and threaten me with a cloan robot human look a like charges if I don't comply I will go to a jail and lose everythibng forever in matters not regristured at department of justice sex regristry or have passed federal statues of limitations im no slave

I Am A victim of Sex Slavery I Am A robot that was cloaned the units that cloaned me has A AAren Striplin with some tatoos marks scars face And the sheriff has flew me for their job security, I told FBI who called the sheriff to come get me again illegaly I was impAIIPssed And terrofied

cyw
05-06-2014
cyberw